FILED
2008 Mar-11  PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP C. KELLY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    2:07-cv-01841-JEO |
| | ) |
| RIDDLE & ASSOCIATES, P.C, a | ) |
| Corporation; WEST ASSET | ) |
| MANAGEMENT, INC., a Corporation; | ) |
| DTE ENERGY COMPANY, a Corporation; | ) |
| and WORLD FINANCIAL CAPITAL BANK, | ) |
| a Corporation, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The above-styled action is before the court on the Joint Stipulation of Dismissal with Prejudice filed by the parties.  (Doc. 13).  Upon consideration of the matters presented in the Motion, and for good cause shown, it is **ORDERED** that the plaintiff's claims against World Financial Capital Bank in the above-styled action are hereby **DISMISSED WITH PREJUDICE**, with costs taxed as paid.

**DONE and ORDERED** this 11th day of March, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE